## RECONSIDERATION DOCKET

**96–2804. State ex rel. Hinds v. Indus. Comm.**
Franklin App. No. 95APD12–1598. Reported at 84 Ohio St.3d 424, 704 N.E.2d 1222. On motion for reconsideration. Motion denied.

Douglas and Resnick, JJ., dissent.

**97–2380 and 97–2510. Kaiser v. Ameritemps, Inc.**
Summit App. No. 18205.. Reported at 84 Ohio St.3d 411, 704 N.E.2d 1212. On *amicus curiae* motion for leave to file under S.Ct.Prac.R. XI. Motion denied.

Moyer, C.J., Cook and Lundberg Stratton, JJ., dissent.

**98–579 and 98–774. Planet Earth Entertainment, Inc. v. Ohio Liquor Control Comm.**
Franklin App. No. 97APE06–744. Reported at 84 Ohio St.3d 1500, 705 N.E.2d 1241. On motion for reconsideration. Motion denied.

Pfeifer, Cook and Lundberg Stratton, JJ., dissent.

**98–2323. State ex rel. Lamp v. Indus. Comm.**
In Mandamus. Reported at 84 Ohio St.3d 1481, 705 N.E.2d 363. On motion for reconsideration. Motion denied.

**98–2348. State v. Love.**
Cuyahoga App. No. 75106. Reported at 84 Ohio St.3d 1483, 705 N.E.2d 364. On motion for reconsideration. Motion denied.

**98–2406. Cuyahoga Child Support Enforcement Agency ex rel. Drews v. Ambrosi.**
Cuyahoga App. No. 73761. Reported at 84 Ohio St.3d 1484, 705 N.E.2d 365. On motion for reconsideration. Motion granted and discretionary appeal allowed.

Moyer, C.J., F.E. Sweeney and Cook, JJ., dissent.

**98–2407. McBroom v. Techneglas, Inc.**
Franklin App. No. 98AP–207. Reported at 84 Ohio St.3d 1502, 705 N.E.2d 1242. On motion for reconsideration. Motion denied.

**98–2435. Hillabrand v. Drypers Corp.**
Marion App. No. 9–98–23. Reported at 84 Ohio St.3d 1484, 705 N.E.2d 365. On motion for reconsideration. Motion granted and discretionary appeal allowed.

Moyer, C.J., and Lundberg Stratton, J., dissent.

Cook, J., would consolidate this cause with 98–2444, *Hillabrand v. Drypers Corp.*, Marion App. No. 9–98–18.

**98–2615. State ex rel. Howard v. Weiher.**
Lucas App. No. L–98–1344. Reported at 84 Ohio St.3d 1500, 705 N.E.2d 1241. On motion for reconsideration. Motion denied.

Resnick, J., not participating.